**Order entered January 2, 2013**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-11-00362-CR
### No. 05-11-00363-CR

**MARCUS JAMERSON, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 194th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause Nos. F10-14439-M and F10-14440-M**

## ORDER

Having reviewed Appellant's Motion for Extension of Time to File Reply Brief, the Court grants Appellant a fifteen-day extension. Should Appellant wish to file a reply brief, such brief must be filed on or before Tuesday, January 14, 2014.

/s/  DAVID EVANS
    JUSTICE